
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| United States Trustee <br> Office of the U.S. Trustee <br> 110 North College Avenue <br> Suite 300 <br> Tyler, TX 75702-7231 <br><br> Vs. <br><br> Seth Parker Crosland <br> Crosland Law Firm, PLLC <br> 1848 Norwood Plaza <br> Suite 205B <br> Hurst, TX 75064 | § § § § § § § § § § § § § § § | Misc. Proceeding 19-00402 |

## AGREED ORDER GRANTING SANCTIONS AND FOR FURTHER RELIEF ON COURT'S ORDER TO SHOW CAUSE AS TO COUNSEL SETH P. CROSLAND

On July 25, 2019 the court issued its Order to Show Cause Why Sanctions Should Not Issue Against Counsel Seth P. Crosland (docket item #3)  The present order represents an agreement ("Agreement") between counsel Seth P. Crosland ("hereafter "Crosland") and the United States Trustee (collectively, the "Parties").

The Court approves the Agreement.  The Court finds that the Order to Show Cause was properly noticed.  After consideration of applicable papers, and based upon the Agreement of the Parties, the Court concludes that sanctions and other relief should issue pursuant to Fed. R. Bankr. P. 9011, the court's inherent powers, and 11 U.S.C. §101.

Accordingly, it is hereby:

ORDERED that Crosland is hereby sanctioned as follows:

1. Crosland is prohibited from filing any bankruptcy case or bankruptcy pleading in the Eastern District of Texas indefinitely, however after the period of two years Crosland shall be

permitted to petition this court to be reinstated to practice, after a hearing upon notice to the U.S. Trustee.

    2. Crosland shall immediately cause his suspension from practice before this court to be reported to the U.S. District Court for the Eastern District of Texas, in accordance with District Court Local Rule AT-2, and he shall provide proof satisfactory to the U.S. Trustee that he has done so within ten (10) days of the date of entry of this order.

    3. If he has not already done so, Crosland shall immediately report to the U.S. District Court for the Eastern District of Texas his suspension from practice before the U.S. Bankruptcy Court for the Northern District of Texas resulting from the April 19, 2018 order of U.S. Bankruptcy Judge Mark X. Mullins. (*Order Accepting Agreement Between the U.S. Trustee and Seth Crosland* - adversary proceeding brought by the U.S. Trustee Jerry Barta, case number 17-43648; William T. Neary, U.S. Trustee v. Seth Crosland and DVH Law Group. LLC, adversary 18-04074), and shall provide proof in form satisfactory to the U.S. Trustee that he has done so within ten (10) days of the date of entry of this order.

    5. Crosland shall not participate in any manner in the filing or prosecution of any bankruptcy case in the Eastern District of Texas in conjunction with attorney Charles Lang, or any other attorney, during his suspension from practice.

    6. The U.S. Trustee is directed to make an appropriate bar referral to the State Bar of Texas, Office of the Chief Disciplinary Counsel, concerning the conduct complained of in the U.S. Trustee's Motion for Order to Show Cause Why Sanctions Should Not Issue As To Counsel Seth P. Crosland.

This Court retains the right to enforce the terms of this Order. Crosland's failure to comply with the terms of this Order shall immediately subject Crosland to the jurisdiction of this Court for potential contempt of court.

    SO ORDERED AND ADJUDGED.

Signed on 08/20/2019

*Brenda T. Rhoades*     SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

Agreed as to form and substance:

<u>SPC (WITH PERMISSION)</u>
Seth Parker Crosland
Texas Bar 24069551
Crosland Law Firm, PLLC
1848 Norwood Plaza
Suite 205B
Hurst, TX 75064
972-591-6919
Fax : 972-408-0713
Email: seth@croslandlawfirm.com

William T. Neary
United States Trustee

*By: /S/ Timothy W. O'Neal*
Texas Bar 15283350
300 Plaza Tower
110 N. College
Tyler, Texas 75702
(903) 590-1450 Ext. 215
(903) 590-1461 (FAX)
timothy.w.o'neal@usdoj.gov